IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. ROBINSON, JR.<br><br>**Plaintiff**<br><br>v.<br><br>LANEKO ENGINEERING COMPANY<br>and WILLIAM JAMES DERRAH, SR.<br><br>**Defendants** | CIVIL ACTION<br>NO. 14-05036 |

# ORDER

**AND NOW**, this 30th day of June, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 13) and all briefs filed in support of or opposition thereto (Doc. Nos. 22, 23, 25, 27, 30), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.